# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **18-cv-1140**

Harry Gutierres; James Marucci, Jr., individually and as parent and natural guardian of M.M., minor child; Robert Jago; Randem Beckner; Irina Thomas; Sami Griffin; Amber Dore; Frederick Johnson; Kamas De Workman; Frank Apodaca; Sarah Zamora Hill; Carmen Avila; Melanie Perez; Heaven Rains; Michael Howells; Kara Hicks; Jeffrey Chadwick; Barbara Schara; David Schara; Carolyn Mosley; Wanda Jones; Randolph Jones; Kory Lankford; Donna Yanson; Choral Yanson; Heather Sams; Rebecca Cooper; Nancy Markes; James Hall; Edward Fink; Mary Jordan; Tracy Budd; Michelle Norton; Abel Martinez; Mary Martinez; Gina Flickinger; Melinda Fischer; Joseph Fische; Jay Sanne; Jay Sanner Heidi Ray; Lori Longnecker; Victor Wright; Sarah Largent; Paul Laird; Tracey Esteve; Kristie Lee; James Chapman; Denise Chapman; John Guttenberg; Dennis Heitz; Brenda Blvetta Brungardt; Kayla Farris; Kathryn Higgins; Marjorie Lopez; Kristen Port; Monica Wright-Tafoya; Scott Koenig; John Lunger; Hannah Quidachay; Thaddus Montgomery; Matthew Laws; Felicia Booth-Voris; Laura Jacobs; Michael Patterson; Billy Cotton; Christiane Morrow; Michael Grippo; Patricia Gagnon; Gary Johnson; Peggy Puralewski; Marie Kornegay; Chris Findlay; April Cowley; Derante Williams; Debora Richard; Vickie Johnson, individually and as parent and natural guardian of A.J., minor child; Chevon Patrick, individually and as parent and natural guardian of T.E., minor child; John Esler; Annette Campbell; John Campbell, Jr.; Christopher Campbell; George Jordan, Jr.; Sonya Lopez; George Lopez; Micheal James; Angel Negron; Jedadiah Pierce; Carl Brickell, individually and as parent and natural guardian of C.B., minor child; Cynthia Towner, individually and as parent and natural guardian of J.T., minor child; Chris Colburn; Crystal Hubbard; William Foy; Sharon Carlos; Shannon Bresciani; Michael

Shuck; Hyunkyung Chavez; Michael Esler; Antonio Ford; Robert Behrens; Janie Cumpston; Steven Saleny; Ladocia Bloom; William Bloom; Louis Kowalefski; Albert Rice; Ryann Milam; Sonmi Parsons; James Parsons; Sudie-Pearl Horton; Bromlyn Hatton; Derek Brown; Brian Kidwell; Helen Kidwell; Sylvia Walton; Alan Thein; Amy Kinoff; John Young; Jamie Huff; Alfonso Colon; Heather Didonato; Vincent Harris; Robert Hull; Monica Hull; Mary Crawley, individually and as parent and natural guardian of K.C., minor child; Samuel James, Jr.; Bonnie Miller; Timisha Reneau; Nicole Paine; Michelle Swinton; Trudy Tagstrom; Amelia Rubio; Harnek Sahota; Dorothy Pierce; Rebecca Barnes; Richard Cook; Mary Mahon; Timothy Mahon; Kathy Maximenko; Linda Jones; Brandon Herrera; Myrna Perez; Valentina Wolfkill; John Cuellar; James Cook; Lionel Martinez; Geraldine Martinez; Nicholas Villegas; Alicia Chavez; Danielle Wojtowicz; Jennifer Howell; Miguel Cantu; Argentina Perez; Charles Wesley Peoples; Corrie Studdard; Rachael Waters; Maurice Harris; Shandell Echols; Wendell Burnett; Doris Guiliani; Keith Orcutt; Tabitha Starks; Rita Machin; Carlos Machin; Brandy Harris; Bobby Winfield; Vivian Winfield; James Washington; Shera Gottlob; Delores Stroh; Kayla Doughty; Consepcion Hines; Ira Bloodworth; Gamal Lawrence; Heather Gorman; Sabien Stapleton; Rita Jeffries; Tina Glunt; James Glunt; Rita Landers; Gene Wilson; Charline Loewenstein; Sherry Quinlivan; Chastity Bunn; Billie Frankland; Theodore Johnson; Becky Steeves; Alina Mathews, individually and as parent and natural guardian of F.W., minor child; Trapper Mathews; Alina Mathews; Darren Hunt; Carrie Brown; Darren Brown; Erin Hutchinson; Michelle Greenlee; Arthur Green,

*Plaintiffs*,

v.

THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing, Co.; TYCO FIRE

PRODUCTS, L.P., successor in interest to THE ANSUL COMPANY; BUCKEYE FIRE EQUIPMENT CO.; CHEMGUARD; NATIONAL FOAM, INC.; KIDDE FIRE FIGHTING, INC., f/k/a CHUBB NATIONAL FOAM, INC., f/k/a NATIONAL FOAM, INC., individually and as successor in interest to NATIONAL FOAM, INC.; KIDDE PLC, INC., f/k/a WILLIAMS US INC., f/k/a WILLIAMS HOLDINGS, INC., individually and as successor in interest to NATIONAL FOAM, INC.; WILLIAMS HOLDINGS, INC., individually and as successor in interest to NATIONAL FOAM, INC.; KIDDE-FENWAL, INC., individually and as successor in interest to NATIONAL FOAM, INC.; UTC FIRE & SECURITY AMERICAS CORPORATION, INC., f/k/a GE INTERLOGIX, INC., individually and as successor in interest to NATIONAL FOAM, INC.; and ENTERRA CORPORATION, individually and as successor in interest to NATIONAL FOAM, INC.,

*Defendants.*

## ENTRY OF APPEARANCE OF PATRICK J. LANCIOTTI

To the Clerk of the Court and All Parties of Record:

I, Patrick J. Lanciotti, of Napoli Shkolnik PLLC, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs.

Dated: June 12, 2018                    Respectfully Submitted,

**NAPOLI SHKOLNIK, PLLC**

 _/s/_ Patrick J. Lanciotti
Patrick J. Lanciotti
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
E-mail: planciotti@napolilaw.com

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2018, a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF PATRICK J. LANCIOTTI** was filed using the Court CM/ECF system and thereby serving all counsel of record.

*/s/* Patrick J. Lanciotti