# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01140

HARRY GUTIERRES; JAMES MARUCCI, JR., individually and as parent and natural guardian of M.M., minor child; ROBERT JAGO; RANDEM BECKNER; IRINA THOMAS; SAMI GRIFFIN; AMBER DORE; FREDERICK JOHNSON; KAMAS DE WORKMAN; FRANK APODACA; SARAH ZAMORA HILL; CARMEN AVILA; MELANIE PEREZ; HEAVEN RAINS; MICHAEL HOWELLS; KARA HICKS; JEFFREY CHADWICK; BARBARA SCHARA; DAVID SCHARA; CAROLYN MOSLEY; WANDA JONES; RANDOLPH JONES; KORY LANKFORD; DONNA YANSON; CHORAL YANSON; HEATHER SAMS; REBECCA COOPER; NANCY MARKES; JAMES HALL; EDWARD FINK; MARY JORDAN; TRACY BUDD; MICHELLE NORTON; ABEL MARTINEZ; MARY MARTINEZ; GINA FLICKINGER; MELINDA FISCHER; JOSEPH FISCHE; JAY SANNE; JAY SANNER HEIDI RAY; LORI LONGNECKER; VICTOR WRIGHT; SARAH LARGENT; PAUL LAIRD; TRACEY ESTEVE; KRISTIE LEE; JAMES CHAPMAN; DENISE CHAPMAN; JOHN GUTTENBERG; DENNIS HEITZ; BRENDA BLVETTA BRUNGARDT; KAYLA FARRIS; KATHRYN HIGGINS; MARJORIE LOPEZ; KRISTEN PORT; MONICA WRIGHT-TAFOYA; SCOTT KOENIG; JOHN LUNGER; HANNAH QUIDACHAY; THADDUS MONTGOMERY; MATTHEW LAWS; FELICIA BOOTH-VORIS; LAURA JACOBS; MICHAEL PATTERSON; BILLY COTTON; CHRISTIANE MORROW; MICHAEL

GRIPPO; PATRICIA GAGNON; GARY JOHNSON; PEGGY PURALEWSKI; MARIE KORNEGAY; CHRIS FINDLAY; APRIL COWLEY; DERANTE WILLIAMS; DEBORA RICHARD; VICKIE JOHNSON, individually and as parent and natural guardian of A.J., minor child; CHEVON PATRICK, individually and as parent and natural guardian of T.E., minor child; JOHN ESLER; ANNETTE CAMPBELL; JOHN CAMPBELL, JR.; CHRISTOPHER CAMPBELL; GEORGE JORDAN, JR.; SONYA LOPEZ; GEORGE LOPEZ; MICHEAL JAMES; ANGEL NEGRON; JEDADIAH PIERCE; CARL BRICKELL, individually and as parent and natural guardian of C.B., minor child; CYNTHIA TOWNER, individually and as parent and natural guardian of J.T., minor child; CHRIS COLBURN; CRYSTAL HUBBARD; WILLIAM FOY; SHARON CARLOS; SHANNON BRESCIANI; MICHAEL SHUCK; HYUNKYUNG CHAVEZ; MICHAEL ESLER; ANTONIO FORD; ROBERT BEHRENS; JANIE CUMPSTON; STEVEN SALENY; LADOCIA BLOOM; WILLIAM BLOOM; LOUIS KOWALEFSKI; ALBERT RICE; RYANN MILAM; SONMI PARSONS; JAMES PARSONS; SUDIE-PEARL HORTON; BROMLYN HATTON; DEREK BROWN; BRIAN KIDWELL; HELEN KIDWELL; SYLVIA WALTON; ALAN THEIN; AMY KINOFF; JOHN YOUNG; JAMIE HUFF; ALFONSO COLON; HEATHER DIDONATO; VINCENT HARRIS; ROBERT HULL; MONICA HULL; MARY CRAWLEY, individually and as parent and natural guardian of K.C., minor child; SAMUEL JAMES, JR.; BONNIE MILLER; TIMISHA RENEAU; NICOLE PAINE; MICHELLE SWINTON; TRUDY TAGSTROM; AMELIA RUBIO;

HARNEK SAHOTA; DOROTHY PIERCE; REBECCA BARNES; RICHARD COOK; MARY MAHON; TIMOTHY MAHON; KATHY MAXIMENKO; LINDA JONES; BRANDON HERRERA; MYRNA PEREZ; VALENTINA WOLFKILL; JOHN CUELLAR; JAMES COOK; LIONEL MARTINEZ; GERALDINE MARTINEZ; NICHOLAS VILLEGAS; ALICIA CHAVEZ; DANIELLE WOJTOWICZ; JENNIFER HOWELL; MIGUEL CANTU; ARGENTINA PEREZ; CHARLES WESLEY PEOPLES; CORRIE STUDDARD; RACHAEL WATERS; MAURICE HARRIS; SHANDELL ECHOLS; WENDELL BURNETT; DORIS GUILIANI; KEITH ORCUTT; TABITHA STARKS; RITA MACHIN; CARLOS MACHIN; BRANDY HARRIS; BOBBY WINFIELD; VIVIAN WINFIELD; JAMES WASHINGTON; SHERA GOTTLOB; DELORES STROH; KAYLA DOUGHTY; CONSEPCION HINES; IRA BLOODWORTH; GAMAL LAWRENCE; HEATHER GORMAN; SABIEN STAPLETON; RITA JEFFRIES; TINA GLUNT; JAMES GLUNT; RITA LANDERS; GENE WILSON; CHARLINE LOEWENSTEIN; SHERRY QUINLIVAN; CHASTITY BUNN; BILLIE FRANKLAND; THEODORE JOHNSON; BECKY STEEVES; ALINA MATHEWS, individually and as parent and natural guardian of F.W., minor child; TRAPPER MATHEWS; ALINA MATHEWS; DARREN HUNT; CARRIE BROWN; DARREN BROWN; ERIN HUTCHINSON; MICHELLE GREENLEE; ARTHUR GREEN,

*Plaintiffs*,

v.

THE 3M COMPANY, f/k/a Minnesota Mining

3

and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually and
as successor in interest to NATIONAL FOAM,
INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants.*

---

## ENTRY OF APPEARANCE OF KELLY A. HYMAN

---

To the Clerk of Court and All Parties of Record:

I, Kelly A. Hyman, of McDivitt Law Firm, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Plaintiffs, Harry Gutierres; James Marucci, Jr., individually and as parent and natural guardian of M.M., minor child; Robert Jago; Randem Beckner; Irina Thomas; Sami Griffin; Amber Dore; Frederick Johnson; Kamas De Workman; Frank Apodaca; Sarah Zamora Hill; Carmen Avila; Melanie Perez; Heaven Rains; Michael Howells; Kara Hicks; Jeffrey Chadwick; Barbara Schara; David Schara; Carolyn Mosley; Wanda Jones; Randolph Jones; Kory Lankford; Donna Yanson; Choral Yanson; Heather Sams; Rebecca Cooper; Nancy Markes; James Hall; Edward Fink; Mary Jordan; Tracy Budd; Michelle

4

Norton; Abel Martinez; Mary Martinez; Gina Flickinger; Melinda Fischer; Joseph Fische; Jay Sanne; Jay Sanner Heidi Ray; Lori Longnecker; Victor Wright; Sarah Largent; Paul Laird; Tracey Esteve; Kristie Lee; James Chapman; Denise Chapman; John Guttenberg; Dennis Heitz; Brenda Blvetta Brungardt; Kayla Farris; Kathryn Higgins; Marjorie Lopez; Kristen Port; Monica Wright-Tafoya; Scott Koenig; John Lunger; Hannah Quidachay; Thaddus Montgomery; Matthew Laws; Felicia Booth-Voris; Laura Jacobs; Michael Patterson; Billy Cotton; Christiane Morrow; Michael Grippo; Patricia Gagnon; Gary Johnson; Peggy Puralewski; Marie Kornegay; Chris Findlay; April Cowley; Derante Williams; Debora Richard; Vickie Johnson, individually and as parent and natural guardian of A.J., minor child; Chevon Patrick, individually and as parent and natural guardian of T.E., minor child; John Esler; Annette Campbell; John Campbell, Jr.; Christopher Campbell; George Jordan, Jr.; Sonya Lopez; George Lopez; Micheal James; Angel Negron; Jedadiah Pierce; Carl Brickell, individually and as parent and natural guardian of C.B., minor child; Cynthia Towner, individually and as parent and natural guardian of J.T., minor child; Chris Colburn; Crystal Hubbard; William Foy; Sharon Carlos; Shannon Bresciani; Michael Shuck; Hyunkyung Chavez; Michael Esler; Antonio Ford; Robert Behrens; Janie Cumpston; Steven Saleny; Ladocia Bloom; William Bloom; Louis Kowalefski; Albert Rice; Ryann Milam; Sonmi Parsons; James Parsons; Sudie-Pearl Horton; Bromlyn Hatton; Derek Brown; Brian Kidwell; Helen Kidwell; Sylvia Walton; Alan Thein; Amy Kinoff; John Young; Jamie Huff; Alfonso Colon; Heather Didonato; Vincent Harris; Robert Hull; Monica Hull; Mary Crawley, individually and as parent and natural guardian of K.C., minor child; Samuel James, Jr.; Bonnie Miller; Timisha Reneau; Nicole Paine; Michelle Swinton; Trudy Tagstrom; Amelia Rubio; Harnek Sahota; Dorothy Pierce; Rebecca Barnes; Richard Cook; Mary Mahon; Timothy Mahon; Kathy Maximenko; Linda Jones; Brandon Herrera; Myrna Perez; Valentina Wolfkill; John Cuellar;

James Cook; Lionel Martinez; Geraldine Martinez; Nicholas Villegas; Alicia Chavez; Danielle Wojtowicz; Jennifer Howell; Miguel Cantu; Argentina Perez; Charles Wesley Peoples; Corrie Studdard; Rachael Waters; Maurice Harris; Shandell Echols; Wendell Burnett; Doris Guiliani; Keith Orcutt; Tabitha Starks; Rita Machin; Carlos Machin; Brandy Harris; Bobby Winfield; Vivian Winfield; James Washington; Shera Gottlob; Delores Stroh; Kayla Doughty; Consepcion Hines; Ira Bloodworth; Gamal Lawrence; Heather Gorman; Sabien Stapleton; Rita Jeffries; Tina Glunt; James Glunt; Rita Landers; Gene Wilson; Charline Loewenstein; Sherry Quinlivan; Chastity Bunn; Billie Frankland; Theodore Johnson; Becky Steeves; Alina Mathews, individually and as parent and natural guardian of F.W., minor child; Trapper Mathews; Alina Mathews; Darren Hunt; Carrie Brown; Darren Brown; Erin Hutchinson; Michelle Greenlee; and Arthur Green

Dated: June 27, 2018                                  Respectfully Submitted,

/s/ Kelly A. Hyman
**McDivitt Law Firm**
19 E. Cimarron Street
Colorado Springs, CO 80903
T: (719) 417-3700
F: (719) 471-9782
Email: litigation@mcdivittlaw.com