# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01140

HARRY GUTIERRES; JAMES MARUCCI, JR., individually and as parent and natural guardian of M.M., minor child; ROBERT JAGO; RANDEM BECKNER; IRINA THOMAS; SAMI GRIFFIN; AMBER DORE; FREDERICK JOHNSON; KAMAS DE WORKMAN; FRANK APODACA; SARAH ZAMORA HILL; CARMEN AVILA; MELANIE PEREZ; HEAVEN RAINS; MICHAEL HOWELLS; KARA HICKS; JEFFREY CHADWICK; BARBARA SCHARA; DAVID SCHARA; CAROLYN MOSLEY; WANDA JONES; RANDOLPH JONES; KORY LANKFORD; DONNA YANSON; CHORAL YANSON; HEATHER SAMS; REBECCA COOPER; NANCY MARKES; JAMES HALL; EDWARD FINK; MARY JORDAN; TRACY BUDD; MICHELLE NORTON; ABEL MARTINEZ; MARY MARTINEZ; GINA FLICKINGER; MELINDA FISCHER; JOSEPH FISCHE; JAY SANNE; JAY SANNER HEIDI RAY; LORI LONGNECKER; VICTOR WRIGHT; SARAH LARGENT; PAUL LAIRD; TRACEY ESTEVE; KRISTIE LEE; JAMES CHAPMAN; DENISE CHAPMAN; JOHN GUTTENBERG; DENNIS HEITZ; BRENDA BLVETTA BRUNGARDT; KAYLA FARRIS; KATHRYN HIGGINS; MARJORIE LOPEZ; KRISTEN PORT; MONICA WRIGHT-TAFOYA; SCOTT KOENIG; JOHN LUNGER; HANNAH QUIDACHAY; THADDUS MONTGOMERY; MATTHEW LAWS; FELICIA BOOTH-VORIS; LAURA JACOBS; MICHAEL PATTERSON; BILLY COTTON; CHRISTIANE MORROW; MICHAEL

GRIPPO; PATRICIA GAGNON; GARY JOHNSON; PEGGY PURALEWSKI; MARIE KORNEGAY; CHRIS FINDLAY; APRIL COWLEY; DERANTE WILLIAMS; DEBORA RICHARD; VICKIE JOHNSON, individually and as parent and natural guardian of A.J., minor child; CHEVON PATRICK, individually and as parent and natural guardian of T.E., minor child; JOHN ESLER; ANNETTE CAMPBELL; JOHN CAMPBELL, JR.; CHRISTOPHER CAMPBELL; GEORGE JORDAN, JR.; SONYA LOPEZ; GEORGE LOPEZ; MICHEAL JAMES; ANGEL NEGRON; JEDADIAH PIERCE; CARL BRICKELL, individually and as parent and natural guardian of C.B., minor child; CYNTHIA TOWNER, individually and as parent and natural guardian of J.T., minor child; CHRIS COLBURN; CRYSTAL HUBBARD; WILLIAM FOY; SHARON CARLOS; SHANNON BRESCIANI; MICHAEL SHUCK; HYUNKYUNG CHAVEZ; MICHAEL ESLER; ANTONIO FORD; ROBERT BEHRENS; JANIE CUMPSTON; STEVEN SALENY; LADOCIA BLOOM; WILLIAM BLOOM; LOUIS KOWALEFSKI; ALBERT RICE; RYANN MILAM; SONMI PARSONS; JAMES PARSONS; SUDIE-PEARL HORTON; BROMLYN HATTON; DEREK BROWN; BRIAN KIDWELL; HELEN KIDWELL; SYLVIA WALTON; ALAN THEIN; AMY KINOFF; JOHN YOUNG; JAMIE HUFF; ALFONSO COLON; HEATHER DIDONATO; VINCENT HARRIS; ROBERT HULL; MONICA HULL; MARY CRAWLEY, individually and as parent and natural guardian of K.C., minor child; SAMUEL JAMES, JR.; BONNIE MILLER; TIMISHA RENEAU; NICOLE PAINE; MICHELLE SWINTON; TRUDY TAGSTROM; AMELIA RUBIO;

HARNEK SAHOTA; DOROTHY PIERCE; REBECCA BARNES; RICHARD COOK; MARY MAHON; TIMOTHY MAHON; KATHY MAXIMENKO; LINDA JONES; BRANDON HERRERA; MYRNA PEREZ; VALENTINA WOLFKILL; JOHN CUELLAR; JAMES COOK; LIONEL MARTINEZ; GERALDINE MARTINEZ; NICHOLAS VILLEGAS; ALICIA CHAVEZ; DANIELLE WOJTOWICZ; JENNIFER HOWELL; MIGUEL CANTU; ARGENTINA PEREZ; CHARLES WESLEY PEOPLES; CORRIE STUDDARD; RACHAEL WATERS; MAURICE HARRIS; SHANDELL ECHOLS; WENDELL BURNETT; DORIS GUILIANI; KEITH ORCUTT; TABITHA STARKS; RITA MACHIN; CARLOS MACHIN; BRANDY HARRIS; BOBBY WINFIELD; VIVIAN WINFIELD; JAMES WASHINGTON; SHERA GOTTLOB; DELORES STROH; KAYLA DOUGHTY; CONSEPCION HINES; IRA BLOODWORTH; GAMAL LAWRENCE; HEATHER GORMAN; SABIEN STAPLETON; RITA JEFFRIES; TINA GLUNT; JAMES GLUNT; RITA LANDERS; GENE WILSON; CHARLINE LOEWENSTEIN; SHERRY QUINLIVAN; CHASTITY BUNN; BILLIE FRANKLAND; THEODORE JOHNSON; BECKY STEEVES; ALINA MATHEWS, individually and as parent and natural guardian of F.W., minor child; TRAPPER MATHEWS; ALINA MATHEWS; DARREN HUNT; CARRIE BROWN; DARREN BROWN; ERIN HUTCHINSON; MICHELLE GREENLEE; ARTHUR GREEN,

*Plaintiffs*,

v.

THE 3M COMPANY, f/k/a Minnesota Mining

3

and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually and
as successor in interest to NATIONAL FOAM,
INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants.*

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to D.C. Colo. L.Atty. R. 5(b) Kelly A. Hyman respectfully moves the Court for leave to withdraw her appearance as counsel on behalf of Plaintiffs Harry Gutierres; James Marucci, Jr., individually and as parent and natural guardian of M.M., minor child; Robert Jago; Randem Beckner; Irina Thomas; Sami Griffin; Amber Dore; Frederick Johnson; Kamas De Workman; Frank Apodaca; Sarah Zamora Hill; Carmen Avila; Melanie Perez; Heaven Rains; Michael Howells; Kara Hicks; Jeffrey Chadwick; Barbara Schara; David Schara; Carolyn Mosley; Wanda Jones; Randolph Jones; Kory Lankford; Donna Yanson; Choral Yanson; Heather Sams; Rebecca Cooper; Nancy Markes; James Hall; Edward Fink; Mary Jordan; Tracy Budd; Michelle Norton; Abel Martinez; Mary Martinez; Gina Flickinger; Melinda Fischer; Joseph Fische; Jay Sanne; Jay

4

Sanner Heidi Ray; Lori Longnecker; Victor Wright; Sarah Largent; Paul Laird; Tracey Esteve; Kristie Lee; James Chapman; Denise Chapman; John Guttenberg; Dennis Heitz; Brenda Blvetta Brungardt; Kayla Farris; Kathryn Higgins; Marjorie Lopez; Kristen Port; Monica Wright-Tafoya; Scott Koenig; John Lunger; Hannah Quidachay; Thaddus Montgomery; Matthew Laws; Felicia Booth-Voris; Laura Jacobs; Michael Patterson; Billy Cotton; Christiane Morrow; Michael Grippo; Patricia Gagnon; Gary Johnson; Peggy Puralewski; Marie Kornegay; Chris Findlay; April Cowley; Derante Williams; Debora Richard; Vickie Johnson, individually and as parent and natural guardian of A.J., minor child; Chevon Patrick, individually and as parent and natural guardian of T.E., minor child; John Esler; Annette Campbell; John Campbell, Jr.; Christopher Campbell; George Jordan, Jr.; Sonya Lopez; George Lopez; Micheal James; Angel Negron; Jedadiah Pierce; Carl Brickell, individually and as parent and natural guardian of C.B., minor child; Cynthia Towner, individually and as parent and natural guardian of J.T., minor child; Chris Colburn; Crystal Hubbard; William Foy; Sharon Carlos; Shannon Bresciani; Michael Shuck; Hyunkyung Chavez; Michael Esler; Antonio Ford; Robert Behrens; Janie Cumpston; Steven Saleny; Ladocia Bloom; William Bloom; Louis Kowalefski; Albert Rice; Ryann Milam; Sonmi Parsons; James Parsons; Sudie-Pearl Horton; Bromlyn Hatton; Derek Brown; Brian Kidwell; Helen Kidwell; Sylvia Walton; Alan Thein; Amy Kinoff; John Young; Jamie Huff; Alfonso Colon; Heather Didonato; Vincent Harris; Robert Hull; Monica Hull; Mary Crawley, individually and as parent and natural guardian of K.C., minor child; Samuel James, Jr.; Bonnie Miller; Timisha Reneau; Nicole Paine; Michelle Swinton; Trudy Tagstrom; Amelia Rubio; Harnek Sahota; Dorothy Pierce; Rebecca Barnes; Richard Cook; Mary Mahon; Timothy Mahon; Kathy Maximenko; Linda Jones; Brandon Herrera; Myrna Perez; Valentina Wolfkill; John Cuellar; James Cook; Lionel Martinez; Geraldine Martinez; Nicholas Villegas; Alicia Chavez; Danielle Wojtowicz; Jennifer Howell;

Miguel Cantu; Argentina Perez; Charles Wesley Peoples; Corrie Studdard; Rachael Waters; Maurice Harris; Shandell Echols; Wendell Burnett; Doris Guiliani; Keith Orcutt; Tabitha Starks; Rita Machin; Carlos Machin; Brandy Harris; Bobby Winfield; Vivian Winfield; James Washington; Shera Gottlob; Delores Stroh; Kayla Doughty; Consepcion Hines; Ira Bloodworth; Gamal Lawrence; Heather Gorman; Sabien Stapleton; Rita Jeffries; Tina Glunt; James Glunt; Rita Landers; Gene Wilson; Charline Loewenstein; Sherry Quinlivan; Chastity Bunn; Billie Frankland; Theodore Johnson; Becky Steeves; Alina Mathews, individually and as parent and natural guardian of F.W., minor child; Trapper Mathews; Alina Mathews; Darren Hunt; Carrie Brown; Darren Brown; Erin Hutchinson; Michelle Greenlee; and Arthur Green, (hereinafter "Plaintiffs"). In support thereof, undersigned states as follows:

1.  There is good cause for Ms. Hyman to withdraw because she is leaving the employ of McDivitt Law Firm. No prejudice will result due to counsel's withdrawal as Plaintiffs will continue to be represented by Michael W. McDivitt and Michael David Eric McDivitt of McDivitt Law Firm, P.C., and Hunter Shkolnik and Patrick James Lanciotti, of Napoli Shkolnik PLLC.

2.  Plaintiffs have been provided notice by electronic and/or first-class mail of this withdrawal and they are advised that they remain responsible for complying with all court orders and time limitations established by applicable statutes and rules.

3.  A proposed order is attached for the convenience of the court.

Respectfully submitted this 27th day of August, 2018.

*/s/ Kelly A. Hyman*
**McDivitt Law Firm**
19 E. Cimarron Street
Colorado Springs, CO 80903
T: (719) 417-3700
F: (719) 471-9782
Email: litigation@mcdivittlaw.com

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of August, 2018, I electronically filed the foregoing with the Court using the CM/ECF system, and served the same via the CM/ECF system. I further certify that a copy of the foregoing was served upon Plaintiffs via electronic and/or first-class mail.

*/s/ Nicole L. Nasution*
Nicole L. Nasution