**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01140

HARRY GUTIERRES; JAMES MARUCCI,
JR., individually and as parent and natural
guardian of M.M., minor child; ROBERT
JAGO; RANDEM BECKNER; IRINA
THOMAS; SAMI GRIFFIN; AMBER DORE;
FREDERICK JOHNSON; KAMAS DE
WORKMAN; FRANK APODACA; SARAH
ZAMORA HILL; CARMEN AVILA;
MELANIE PEREZ; HEAVEN RAINS;
MICHAEL HOWELLS; KARA HICKS;
JEFFREY CHADWICK; BARBARA
SCHARA; DAVID SCHARA; CAROLYN
MOSLEY; WANDA JONES; RANDOLPH
JONES; KORY LANKFORD; DONNA
YANSON; CHORAL YANSON; HEATHER
SAMS; REBECCA COOPER; NANCY
MARKES; JAMES HALL; EDWARD FINK;
MARY JORDAN; TRACY BUDD;
MICHELLE NORTON; ABEL MARTINEZ;
MARY MARTINEZ; GINA FLICKINGER;
MELINDA FISCHER; JOSEPH FISCHE; JAY
SANNE; JAY SANNER HEIDI RAY; LORI
LONGNECKER; VICTOR WRIGHT; SARAH
LARGENT; PAUL LAIRD; TRACEY
ESTEVE; KRISTIE LEE; JAMES CHAPMAN;
DENISE CHAPMAN; JOHN GUTTENBERG;
DENNIS HEITZ; BRENDA BLVETTA
BRUNGARDT; KAYLA FARRIS; KATHRYN
HIGGINS; MARJORIE LOPEZ; KRISTEN
PORT; MONICA WRIGHT-TAFOYA; SCOTT
KOENIG; JOHN LUNGER; HANNAH
QUIDACHAY; THADDUS MONTGOMERY;
MATTHEW LAWS; FELICIA BOOTH-
VORIS; LAURA JACOBS; MICHAEL
PATTERSON; BILLY COTTON;
CHRISTIANE MORROW; MICHAEL

GRIPPO; PATRICIA GAGNON; GARY
JOHNSON; PEGGY PURALEWSKI; MARIE
KORNEGAY; CHRIS FINDLAY; APRIL
COWLEY; DERANTE WILLIAMS; DEBORA
RICHARD; VICKIE JOHNSON, individually
and as parent and natural guardian of A.J., minor
child; CHEVON PATRICK, individually and as
parent and natural guardian of T.E., minor child;
JOHN ESLER; ANNETTE CAMPBELL; JOHN
CAMPBELL, JR.; CHRISTOPHER
CAMPBELL; GEORGE JORDAN, JR.;
SONYA LOPEZ; GEORGE LOPEZ;
MICHEAL JAMES; ANGEL NEGRON;
JEDADIAH PIERCE; CARL BRICKELL,
individually and as parent and natural guardian
of C.B., minor child; CYNTHIA TOWNER,
individually and as parent and natural guardian
of J.T., minor child; CHRIS COLBURN;
CRYSTAL HUBBARD; WILLIAM FOY;
SHARON CARLOS; SHANNON BRESCIANI;
MICHAEL SHUCK; HYUNKYUNG
CHAVEZ; MICHAEL ESLER; ANTONIO
FORD; ROBERT BEHRENS; JANIE
CUMPSTON; STEVEN SALENY; LADOCIA
BLOOM; WILLIAM BLOOM; LOUIS
KOWALEFSKI; ALBERT RICE; RYANN
MILAM; SONMI PARSONS; JAMES
PARSONS; SUDIE-PEARL HORTON;
BROMLYN HATTON; DEREK BROWN;
BRIAN KIDWELL; HELEN KIDWELL;
SYLVIA WALTON; ALAN THEIN; AMY
KINOFF; JOHN YOUNG; JAMIE HUFF;
ALFONSO COLON; HEATHER DIDONATO;
VINCENT HARRIS; ROBERT HULL;
MONICA HULL; MARY CRAWLEY,
individually and as parent and natural guardian
of K.C., minor child; SAMUEL JAMES, JR.;
BONNIE MILLER; TIMISHA RENEAU;
NICOLE PAINE; MICHELLE SWINTON;
TRUDY TAGSTROM; AMELIA RUBIO;

2

HARNEK SAHOTA; DOROTHY PIERCE;
REBECCA BARNES; RICHARD COOK;
MARY MAHON; TIMOTHY MAHON;
KATHY MAXIMENKO; LINDA JONES;
BRANDON HERRERA; MYRNA PEREZ;
VALENTINA WOLFKILL; JOHN CUELLAR;
JAMES COOK; LIONEL MARTINEZ;
GERALDINE MARTINEZ; NICHOLAS
VILLEGAS; ALICIA CHAVEZ; DANIELLE
WOJTOWICZ; JENNIFER HOWELL;
MIGUEL CANTU; ARGENTINA PEREZ;
CHARLES WESLEY PEOPLES; CORRIE
STUDDARD; RACHAEL WATERS;
MAURICE HARRIS; SHANDELL ECHOLS;
WENDELL BURNETT; DORIS GUILIANI;
KEITH ORCUTT; TABITHA STARKS; RITA
MACHIN; CARLOS MACHIN; BRANDY
HARRIS; BOBBY WINFIELD; VIVIAN
WINFIELD; JAMES WASHINGTON; SHERA
GOTTLOB; DELORES STROH; KAYLA
DOUGHTY; CONSEPCION HINES; IRA
BLOODWORTH; GAMAL LAWRENCE;
HEATHER GORMAN; SABIEN
STAPLETON; RITA JEFFRIES; TINA
GLUNT; JAMES GLUNT; RITA LANDERS;
GENE WILSON; CHARLINE
LOEWENSTEIN; SHERRY QUINLIVAN;
CHASTITY BUNN; BILLIE FRANKLAND;
THEODORE JOHNSON; BECKY STEEVES;
ALINA MATHEWS, individually and as parent
and natural guardian of F.W., minor child;
TRAPPER MATHEWS; ALINA MATHEWS;
DARREN HUNT; CARRIE BROWN;
DARREN BROWN; ERIN HUTCHINSON;
MICHELLE GREENLEE; ARTHUR GREEN,

*Plaintiffs*,

v.

THE 3M COMPANY, f/k/a Minnesota Mining

and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually and
as successor in interest to NATIONAL FOAM,
INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants.*

---

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

---

This matter having come before the Court on the Motion to Withdraw as Counsel by Kelly

A. Hyman and the Court having reviewed the pleadings filed herein and being fully advised on the

premises contained therein, the Court hereby finds that good cause exists and **GRANTS** the

Motion and **ORDERS** that:

1.     Kelly A. Hyman is hereby permitted to withdraw from representing Plaintiffs Harry

Gutierres; James Marucci, Jr., individually and as parent and natural guardian of M.M., minor

child; Robert Jago; Randem Beckner; Irina Thomas; Sami Griffin; Amber Dore; Frederick

Johnson; Kamas De Workman; Frank Apodaca; Sarah Zamora Hill; Carmen Avila; Melanie Perez;

Heaven Rains; Michael Howells; Kara Hicks; Jeffrey Chadwick; Barbara Schara; David Schara;

Carolyn Mosley; Wanda Jones; Randolph Jones; Kory Lankford; Donna Yanson; Choral Yanson; Heather Sams; Rebecca Cooper; Nancy Markes; James Hall; Edward Fink; Mary Jordan; Tracy Budd; Michelle Norton; Abel Martinez; Mary Martinez; Gina Flickinger; Melinda Fischer; Joseph Fische; Jay Sanne; Jay Sanner Heidi Ray; Lori Longnecker; Victor Wright; Sarah Largent; Paul Laird; Tracey Esteve; Kristie Lee; James Chapman; Denise Chapman; John Guttenberg; Dennis Heitz; Brenda Blvetta Brungardt; Kayla Farris; Kathryn Higgins; Marjorie Lopez; Kristen Port; Monica Wright-Tafoya; Scott Koenig; John Lunger; Hannah Quidachay; Thaddus Montgomery; Matthew Laws; Felicia Booth-Voris; Laura Jacobs; Michael Patterson; Billy Cotton; Christiane Morrow; Michael Grippo; Patricia Gagnon; Gary Johnson; Peggy Puralewski; Marie Kornegay; Chris Findlay; April Cowley; Derante Williams; Debora Richard; Vickie Johnson, individually and as parent and natural guardian of A.J., minor child; Chevon Patrick, individually and as parent and natural guardian of T.E., minor child; John Esler; Annette Campbell; John Campbell, Jr.; Christopher Campbell; George Jordan, Jr.; Sonya Lopez; George Lopez; Micheal James; Angel Negron; Jedadiah Pierce; Carl Brickell, individually and as parent and natural guardian of C.B., minor child; Cynthia Towner, individually and as parent and natural guardian of J.T., minor child; Chris Colburn; Crystal Hubbard; William Foy; Sharon Carlos; Shannon Bresciani; Michael Shuck; Hyunkyung Chavez; Michael Esler; Antonio Ford; Robert Behrens; Janie Cumpston; Steven Saleny; Ladocia Bloom; William Bloom; Louis Kowalefski; Albert Rice; Ryann Milam; Sonmi Parsons; James Parsons; Sudie-Pearl Horton; Bromlyn Hatton; Derek Brown; Brian Kidwell; Helen Kidwell; Sylvia Walton; Alan Thein; Amy Kinoff; John Young; Jamie Huff; Alfonso Colon; Heather Didonato; Vincent Harris; Robert Hull; Monica Hull; Mary Crawley, individually and as parent and natural guardian of K.C., minor child; Samuel James, Jr.; Bonnie Miller; Timisha Reneau; Nicole Paine; Michelle Swinton; Trudy Tagstrom; Amelia Rubio; Harnek Sahota;

Dorothy Pierce; Rebecca Barnes; Richard Cook; Mary Mahon; Timothy Mahon; Kathy Maximenko; Linda Jones; Brandon Herrera; Myrna Perez; Valentina Wolfkill; John Cuellar; James Cook; Lionel Martinez; Geraldine Martinez; Nicholas Villegas; Alicia Chavez; Danielle Wojtowicz; Jennifer Howell; Miguel Cantu; Argentina Perez; Charles Wesley Peoples; Corrie Studdard; Rachael Waters; Maurice Harris; Shandell Echols; Wendell Burnett; Doris Guiliani; Keith Orcutt; Tabitha Starks; Rita Machin; Carlos Machin; Brandy Harris; Bobby Winfield; Vivian Winfield; James Washington; Shera Gottlob; Delores Stroh; Kayla Doughty; Consepcion Hines; Ira Bloodworth; Gamal Lawrence; Heather Gorman; Sabien Stapleton; Rita Jeffries; Tina Glunt; James Glunt; Rita Landers; Gene Wilson; Charline Loewenstein; Sherry Quinlivan; Chastity Bunn; Billie Frankland; Theodore Johnson; Becky Steeves; Alina Mathews, individually and as parent and natural guardian of F.W., minor child; Trapper Mathews; Alina Mathews; Darren Hunt; Carrie Brown; Darren Brown; Erin Hutchinson; Michelle Greenlee; and Arthur Green, (hereinafter "Plaintiffs"); and

2.     The Clerk of the Court shall terminate the association of Kelly A. Hyman with Plaintiffs.

Dated this ___ day of _____, 2018

BY THE COURT:


_____

UNITED STATES DISTRICT JUDGE